UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALIFORNIA AIR RESOURCES BOARD<br>1001 I Street<br>Sacramento, CA 95814,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460,<br><br>NATIONAL HIGHWAY TRAFFIC SAFETY<br>ADMINISTRATION,<br>1200 New Jersey Avenue, S.E.<br>Washington, D.C. 20590,<br><br>      Defendants. | Case No. 1:20-cv-1293 (TJK) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice.

The parties are presently discussing issues relating to Plaintiff's request for fees and costs, but that is a collateral proceeding. *White v. New Hampshire Dept. of Employment Sec.*, 455 U.S. 445, 451 (1982). The parties are herewith filing a joint motion to extend the period for plaintiff to move for fees and costs, should the parties prove unable to resolve such issues without the Court's involvement.

Dated: September 30, 2020

                                                      Respectfully submitted,

XAVIER BECERRA
Attorney General of California

By: Matthew G. Bullock /s/
MATTHEW G. BULLOCK CAL. BAR. #243377
Deputy Attorney General
California Department of Justice
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Phone: (415) 510-3376
Email: Matthew.Bullock@doj.ca.gov

*Attorneys for Plaintiff California Air Resources Board*

AMBER B. BLAHA
Assistant Chief, Law and Policy Section


By:    Stacy R. Stoller /s/
STACY R. STOLLER, D.C. BAR #475035
Attorney
Environment and Natural Resources Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
Phone: (202) 353-0132
Email: stacy.stoller@usdoj.gov


MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL V. VAN HORN, D.C. BAR #924092
Chief, Civil Division

By:     Peter C. Pfaffenroth /s/
PETER C. PFAFFENROTH, D.C. BAR #496637
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2513
Email: peter.pfaffenroth@usdoj.gov

*Attorneys for Defendants*

- 2 -

## CERTIFICATE OF SERVICE

Case Name:   CARB v. USEPA, et al.                    No.   1:20-cv-1293 (TJK)

I hereby certify that on September 30, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO MOVE FOR FEES AND COSTS**
- **STIPULATION OF DISMISSAL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 30, 2020, at San Francisco, California.

|                G. Guardado                | /s/ Giomara Guardado |
|---|---|
| Declarant | Signature |

SF2020200701